1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Prathima Price, Esq., SBN 321378
3  Dennis Price, Esq., SBN 279082
   100 Pine St., Ste 1250
4  San Francisco, CA 94111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff

7  John T. Nguyen (SBN: 282866)
   LAW OFFICE OF JOHN T. NGUYEN
8  1625 The Alameda, Suite 700
9  San Jose, CA 95126
   Telephone: (408) 800-5646
10 Email: john@johnnguyenlaw.com
   Attorney for Defendants
11 Catina Investment, LLC and Halo K Tea

**APPROVED**
*Beth Labson Freeman*
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>CATINA INVESTMENT, LLC, a Nevada Limited Liability Company;<br>HALO K TEA, a California Corporation,<br><br>    Defendants. | Case No.: 5:21-cv-08369-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: October 31, 2022          CENTER FOR DISABILITY ACCESS

2

3                                    By:    /s/ Amanda Seabock
                                            Amanda Seabock
4                                           Attorneys for Plaintiff

5

6  Dated: October 31, 2022          LAW OFFICE OF JOHN T. NGUYEN

7

8

9

10                                   By:    /s/ John T. Nguyen
                                            John T. Nguyen
11                                          Attorneys for Defendant
                                            Catina Investment, LLC and Halo K Tea
12

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to John T. Nguyen, counsel for Catina Investment, LLC and Halo K Tea, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 31, 2022      CENTER FOR DISABILITY ACCESS

                        By:    /s/ Amanda Seabock
                               Amanda Seabock
                               Attorneys for Plaintiff